# Court of Appeals
# of the State of Georgia

ATLANTA, __May 30, 2025_____

*The Court of Appeals hereby passes the following order:*

## A25A1831. JAMES MCCLENDON v. CHRISTA ROBERSON.

James McClendon and Christa Roberson divorced in 2018, and James was ordered to pay child support and alimony. In 2023, after their youngest child turned 18 years old, McClendon filed a petition to stop paying child support and alimony. Roberson counterclaimed for contempt. The trial court determined that McClendon had overpaid child support and alimony, but found that he was in contempt of the divorce decree. Accordingly, the court awarded the overpayment to Roberson. McClendon has filed this direct appeal. We lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" including orders "holding or declining to hold persons in contempt" of such orders must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2), (b). See *Russo v. Manning*, 252 Ga. 155, 156 (312 SE2d 319) (1984) ("A judgment of contempt regarding a domestic relations decree is appealable only by application for discretionary appeal."). Of course, "[c]ompliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*,

221 Ga. App. 257, 257 (471 SE2d 60) (1996). McClendon's failure to file a discretionary application deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,__05/30/2025_____*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*